1032

No. 88-6302. HENRY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88-6303. HANDAL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88-6304. BUELOW ET AL. v. BABLITCH, ADMINISTRATOR, WISCONSIN DEPARTMENT OF HEALTH AND SOCIAL SERVICES, DIVISION OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 88-6312. TAUBER v. BROWN ET AL. C. A. 6th Cir. Certiorari denied.

No. 88-6314. LEWIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88-6322. MCNAIR v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 88-6323. GARDNER v. BORGERT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 88-6332. TORRES-BENAVIDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88-6339. BISBICUS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 88-6344. KENNEDY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88-6351. LOWENBERG v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88-6355. QUINONES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 88-6357. PROVENCIO-MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88-6364. STRIFLER ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.